123 A.3d 1060

Jermaine Terrell MILLER, Petitioner

v.

39TH JUDICIAL DISTRICT–PA, Franklin County Jail, Franklin County Legal Services, Respondents.

No. 121 MM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

## ORDER

PER CURIAM

AND NOW, this 13th day of October, 2015, the Petition for Writ of Mandamus is DENIED.